FREIMAN LEGAL
Lawrence W. Freiman, Esq. (SBN 288917)
100 Wilshire Blvd., Ste. 700
Santa Monica, CA 90401
Telephone: (310) 917-1004
Facsimile: (310) 300-2603
lawrence@freimanlegal.com

Attorney for Plaintiff
JAMES HAFNER


MORGAN, LEWIS & BOCKIUS LLP
Roshni C. Kapoor, Bar No. 310612
Jenna D. Smith, Bar No. 365252
600 Montgomery Street
Suite 2300
San Francisco, CA  94111-2725
Tel:    +1.415.442.1000
Fax:    +1.415.442.1001
roshni.kapoor@morganlewis.com
jenna.smith@morganlewis.com

Attorneys for Defendant
ARAMARK CAMPUS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES HAFNER,<br><br>    Plaintiff,<br><br>  vs.<br><br>ARAMARK CAMPUS, LLC; and DOES 1 through 20 inclusive,<br><br>    Defendant. | Case No. 5:25-cv-09559<br><br>**JOINT STIPULATION TO EXTEND FACT AND EXPERT DISCOVERY DEADLINES AND ATTEND CONFIDENTIAL SETTLEMENT CONFERENCE WITH A MAGISTRATE JUDGE;** ~~**PROPOSED**~~ **ORDER** |

Pursuant to Local Rule 6-2, Plaintiff James Hafner ("Plaintiff") and Defendant Aramark Campus, LLC ("Defendant") (together, the "Parties"), by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS, on October 21, 2025, Plaintiff filed an unverified complaint against Defendant with the Superior Court of the State of California, County of San Jose ("San Jose Superior Court"), in the matter entitled *James Hafner v. Aramark Campus, LLC*, Case Number 25CV475293 (the "Action");

WHEREAS, on November 5, 2025, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendant removed the Action based on diversity jurisdiction from San Jose Superior to this Court;

WHEREAS, on February 18, 2026, the Court ordered the Parties to complete fact discovery by June 5, 2026;

WHEREAS, counsel for the Parties have been earnestly and productively discussing early resolution and expected to resolve this Action prior to the Court's date set for the deadline to conduct fact discovery;

WHEREAS, the Parties have not yet engaged in significant discovery because of their focus on early resolution efforts;

WHEREAS, the Parties have met and conferred and appreciate that a settlement conference requires significant time and attention from the Court but agree that it would greatly assist the Parties in reaching a final resolution, much more so than private mediation because of the extensive efforts already undertaken by the Parties and the particular obstacles the Parties would like to address;

WHEREAS, the Parties would jointly request at least a preliminary call with a magistrate judge to discuss the possibility of a settlement conference in lieu of the Court's referral to private mediation;

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

JOINT STIPULATION TO EXTEND FACT AND EXPERT DISCOVERY DEADLINES AND ATTEND
CONFIDENTIAL SETTLEMENT CONFERENCE

WHEREAS, Parties agree to extend the fact discovery and expert discovery deadlines to September 11, 2026 to permit the Parties to focus on resolution efforts and conserve judicial resources;

WHEREAS, the Parties agree to extend the Deadline to File Dispositive and *Daubert* Motions to October 2, 2026;

WHEREAS, the Parties agree to extend the Response Deadline for Dispositive and *Daubert* Motions to October 16, 2026;

WHEREAS, the Parties agree to extend the Reply Deadline for Dispositive and *Daubert* Motions to October 23, 2026; and

WHEREAS, this is the Parties' first request to modify the Court's scheduling order and no other deadlines will be impacted, including the trial date of January 19, 2027.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED as follows:

1.      The Parties request that the Court extend the fact and expert discovery deadlines to September 11, 2026;

2.      The Parties request that the Court extend the Deadline to File Dispositive and *Daubert* Motions to October 2, 2026;

3.      The Parties request that the Court extend the Response Deadline for Dispositive and *Daubert* Motions to October 16, 2026;

4.      The Parties request that the Court extend the Reply Deadline for Dispositive and *Daubert* Motions to October 23, 2026; and

5.      The Parties request a confidential settlement conference, or a preliminary settlement conference phone call, with a magistrate judge as soon as practicable.

IT IS SO STIPULATED.

- 3 -

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Dated: May 28, 2026                        FREIMAN LEGAL


                                           By  /s/ Lawrence W. Freiman
                                               Lawrence W. Freiman
                                               Attorney for Plaintiff
                                               JAMES HAFNER


Dated: May 28, 2026                        MORGAN, LEWIS & BOCKIUS LLP


                                           By  /s/ Roshni C. Kapoor
                                               Roshni C. Kapoor
                                               Jenna D. Smith
                                               Attorneys for Defendant
                                               ARAMARK CAMPUS, LLC

JOINT STIPULATION TO EXTEND FACT AND EXPERT DISCOVERY DEADLINES AND ATTEND
CONFIDENTIAL SETTLEMENT CONFERENCE

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

## [PROPOSED] ORDER

Plaintiff James Hafner ("Plaintiff") and Defendant Aramark Campus, LLC's ("Defendant") (together, the "Parties") joint stipulation to extend the fact discovery deadline, having come before the Court in the above-captioned matter, and for good cause appearing therefor, including, that counsel for the parties have been earnestly and productively discussing early resolution, expected to resolve this Action prior to the Court's date set for the deadline to conduct fact discovery, and agree that a settlement conference would greatly assist the Parties in reaching a final resolution better than private mediation due to the extensive settlement efforts already undertaken , the Honorable Noël Wise HEREBY ORDERS THAT:

1.    The fact discovery deadline shall be extended to September 11, 2026;

2.    The Deadline to File Dispositive and *Daubert* Motions shall be extended to October 2, 2026;

3.    The Response Deadline for Dispositive and *Daubert* Motions shall be extended to October 16, 2026;

4.    The Reply Deadline for Dispositive and *Daubert* Motions shall be extended to October 23, 2026; and

5.    The Parties shall attend a confidential settlement conference with a magistrate judge  within 60 days of this Order.

6.    The hearing date for Dispositive and *Daubert* Motions is reset to November 18, 2026.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  June 4             , 2026     _____

HON. NOËL WISE
UNITED STATES DISTRICT JUDGE

DB2/ 652548845.7

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

PROPOSED ORDER